UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RICHARD M. GOLDBERG,<br><br>    Plaintiff,<br><br>v.<br><br>GOLDEN GAMING,<br><br>    Defendant. | )<br>)<br>)<br>)   2:08-cv-01042-JCM-LRL<br>)<br>)<br>)<br>)<br>)<br>) |

# REPORT & RECOMMENDATION

Plaintiff submitted an Application to Proceed *In Forma Pauperis* and a Complaint pursuant to 42 U.S.C. § 1983 (#2) on August 26, 2008. This court found that the application was incomplete and ordered plaintiff to either pay the $350.00 filing fee by November 7, 2008 or submit a completed application in support of his request to proceed *in forma pauperis*. Order (#2). To date, plaintiff has done neither.

**RECOMMENDATION**

Based on the foregoing, it is the recommendation of the undersigned United States Magistrate Judge that this case be dismissed with prejudice.

DATED this 15th day of December, 2009.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**