# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RICHARD M. GOLDBERG,

    Plaintiff,

v.

GOLDEN GAMING,

    Defendant.

2:08-CV-1042 JCM (LRL)

### ORDER

Presently before the court is the report and recommendation of United States Magistrate Judge Lawrence R. Leavitt (Doc. # 4), filed on December 15, 2009.

Local Rule IB 3-1 states that any party wishing to object to the ruling of the magistrate judge on a pretrial matter shall file a specific objection within ten (10) days from the date of service of the magistrate judge's ruling. Here, no objections were filed.

On October 7, 2008, the court entered an order (Doc. # 3) denying plaintiff's motion for leave to proceed *in forma pauperis* (Doc. # 2). The court further ordered plaintiff to either submit a completed application in support of his request to proceed *in forma pauperis* on the form provided by the clerk of te court or pay the filing fee of $350 in full. To date, plaintiff has not submitted a completed application to proceed *in forma pauperis* or paid the filing fee.

Upon review of the magistrate judge's findings and recommendation (Doc. # 4) and there being no objections filed,

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that United States Magistrate Judge Lawrence R. Leavitt (Doc. # 4) is AFFIRMED in its entirety.  The instant action is hereby DISMISSED without prejudice.

DATED April 2, 2010.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -